UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAMBATH LOEUNG,

    Petitioner,

v.

KAREN ARNOLD,

    Respondent.

CASE NO. 3:25-cv-05316-JLR-GJL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's federal habeas petition is **DENIED** and this 28 U.S.C. 2241 action is **DIMISSED without prejudice** for lack of jurisdiction.

(3)    The Clerk is directed to send copies of this Order to Petitioner and to the Hon. Grady J. Leupold.

DATED this 28th day of July, 2025.

JAMES L. ROBART
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1